

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2019

No. 04-18-00979-CR

**EX PARTE JOSE JAIME DE HOYOS,**
Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 3684
David R. Saucedo, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

In this appeal, the appellant, the State of Texas, is represented by both the county attorney and the district attorney. The county attorney has filed a motion for substitution of counsel and for voluntary dismissal of this appeal. The motion states that the appellee is not opposed to the motion. However, the motion contains no representations about whether the district attorney joins the motion for voluntary dismissal of this appeal. Although the certificate of service states that a copy of the motion for voluntary dismissal was sent to the district attorney, he has not filed a response indicating any opposition to the motion.

To the extent the motion seeks substitution of counsel, we GRANT the motion. It is ORDERED that the current county attorney, Gloria E. Hernandez, is substituted as counsel for the former county attorney, Jaime Iracheta.

To the extent the motion seeks voluntary dismissal of this appeal, we hold the motion in abeyance and request a response from the district attorney. The District Attorney of the 293rd Judicial District, Roberto Serna, is directed to file, **on or before June 7, 2019**, a response to the motion for voluntary dismissal of this appeal. In the event Mr. Serna fails to file a response, we will presume that he is in agreement with the motion for voluntary dismissal and we will dismiss this appeal.

It is so **ORDERED** on May 23, 2019.

ATTESTED TO:

Keith E. Hottle
Clerk of Court

**PER CURIAM**

